# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NANCY WILLIAMS, *et al.*,<br><br>  Plaintiffs,<br><br>vs.<br><br>SNOHOMISH COUNTY,<br><br>  Defendant. | NO. C16-455RSL<br><br>ORDER OF DISMISSAL |

It having been reported to the Court on Wednesday, May 10, 2017 that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within thirty (30) days hereof to reopen this cause if the reported settlement is not consummated.

The Clerk of the Court is instructed to send copies of this Order to all counsel of record.

DATED this 11th day of May, 2017.

_____
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL